PORT CHESTER ELECTRICAL COMPANY, INC., Respondent, v. RONBED CORPORATION et al., Appellants.

Beldock, P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.